

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>HERMELINDO EFRAIN<br>OLIVERA-HERRERA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-00643-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of  the defendant                                    , IT IS ORDERED that a detention hearing
is set for  April 2                                    , 2026           , at  1:30         ☐a.m. / ☒p.m. before the
Honorable  Karen L. Stevenson                                    , in Courtroom  580                                    .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                    *(Other custodial officer)*

Dated:  March 31, 2026

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                 Page 1 of 1